

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00028-CV

DEL MAR CAPITAL, INC. AND JAMES D. BUTCHER, Appellants

V.

PROSPERITY BANK, Appellee

Appeal from the 127th District Court of Harris County.   (Tr. Ct. 2012-62065).

**TO THE 127TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 6th day of November 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on October 16, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was error in the trial court's judgmen.   Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court for further proceedings.

The Court orders that the appellee, Prosperity Bank, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 6, 2014.

Panel consists of Justices Higley, Bland, and Sharp. Opinion delivered by Justice Higley.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

January 23, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

